
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6528
    Facsimile:  (213) 894-7177
    E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>            v.<br><br>$209,200.00 IN U.S. CURRENCY,<br><br>                Defendant.<br><br>ONNIG BEDROSSIAN AND DIANA BEDROSSIAN,<br><br>                Claimants. | NO.  CV 11-1625 JHN(PJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on February 24, 2011.  Notice was given and published in accordance with law.  Claimants Onnig Bedrossian and Diana Bedrossian ("claimants") filed a claim and answer on

March 15, 2011.  Plaintiff and claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $209,200.00 in U.S. Currency ("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $25,000.00 of the defendant currency, without interest, and no other person or entity shall have any right, title or interest therein.  U.S. Customs and Border Protection is ordered to dispose of said assets in accordance with law.

4. $184,200.00 of the defendant currency shall be paid to claimants by electronic transfer directly into a financial institution account designated by claimants within six weeks of the government's receipt of the information needed to process the payment.  In addition, claimants shall be paid interest on the amount returned.  Said interest payment shall be made as soon as reasonably practicable.  Claimants' counsel agrees to provide appropriate financial institution account information

|    |    |                                                                                   |
|----|----|-----------------------------------------------------------------------------------|
| 1  |    | within 10 days of execution of this consent judgment.                             |
| 2  | 5. | Claimants hereby release and forever discharge the United States, its officers, agents, servants, and employees, their heirs, successors, and assigns, from any and all actions, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns, ever had, now has, or may have in the future in connection with the detention, seizure, forfeiture, remission, release, and/or other disposition of the defendant currency in this case. |
| 12 | 6. | Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of U.S. Customs and Border Protection, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 20 | 7. | The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |
| 25 | /// |                                                                                  |
| 26 | /// |                                                                                  |
| 27 | /// |                                                                                  |
| 28 | /// |                                                                                  |

    8.  The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated:    November 21, 2011

_____
THE HONORABLE JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: November 17, 2011      ANDRÉ BIROTTE JR.
                              United States Attorney
                              ROBERT E. DUGDALE
                              United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                              /s/_____
                              P. GREG PARHAM
                              Assistant United States Attorney
                              Asset Forfeiture Section

                              Attorneys for Plaintiff
                              United States of America

Dated: November 17, 2011

                              /s/_____
                              JOSEPH DANESHRAD
                              Attorney for Claimants
                              ONNIG BEDROSSIAN AND DIANA BEDROSSIAN